# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRET FREY, M.D.; AND RENOWN
REGIONAL MEDICAL CENTER, A
DOMESTIC NON-PROFIT
CORPORATION,
Petitioners,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA, IN
AND FOR THE COUNTY OF WASHOE;
AND THE HONORABLE ELLIOTT A.
SATTLER, DISTRICT JUDGE,
Respondents,
   and
JONATHON OLIVAS; TIFFANY OLIVAS,
INDIVIDUALLY AND ON BEHALF OF,
AS THE NATURAL PARENTS OF
SAMUEL STEVEN OLIVAS, A MINOR
CHILD; CARSON TAHOE REGIONAL
HEALTHCARE, D/B/A CARSON TAHOE
REGIONAL MEDICAL CENTER;
SHELDON KOP, M.D., AN INDIVIDUAL;
AND LANDIS, KOP, CARLEVATO, LOOS
& SHONNARD, LTD., D/B/A TAHOE
CARSON RADIOLOGY, A DOMESTIC
PROFESSIONAL,
Real Parties in Interest.

No. 77253



FILED

DEC 13 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
    DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS AND/OR PROHIBITION*

This original petition for a writ of mandamus and/or prohibition challenges a district court order denying a motion to dismiss in a medical malpractice action. Having considered the petition and appendix filed in this matter, we are not convinced that our extraordinary and discretionary intervention is warranted. *See* NRS 34.160; NRS 34.320; *Halverson v. Miller*, 124 Nev. 484, 487, 186 P.3d 893, 896 (2008) (recognizing that the

18-908503

decision to issue a writ of mandamus or prohibition "is solely within this court's discretion" and that petitioner bears the burden to establish that such extraordinary relief is appropriate).  We therefore

ORDER the petition DENIED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

cc:     Hon. Elliott A. Sattler, District Judge
        Lauria Tokunaga Gates & Linn, LLP/Las Vegas
        Hall Prangle & Schoonveld, LLC/Las Vegas
        Lemons, Grundy & Eisenberg
        Semenza Kircher Rickard
        John H. Cotton & Associates, Ltd.
        Washoe County District Court Clerk